IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL ROBINSON,

    Plaintiff,

v.

PARIS GURLEY, CHILD SUPPORT SERVICES
and MARATHON COUNTY,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-514-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

/s/                                                      7/25/2018

Peter Oppeneer, Clerk of Court                  Date